# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **AERO M&P, LLC,** | ) |
| | ) |
| Plaintiff, | ) Case No.: |
| | ) |
| v. | ) |
| | ) |
| **AMGUARD INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## PETITION FOR REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446(a), Defendant, AMGUARD INSURANCE COMPANY ("Defendant") petitions the Court for removal of the action described below from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois and, in support thereof, state as follows:

1. On July 29, 2021, Aero M&P, LLC ("Plaintiff") filed an action against Defendant in the Circuit Court of Cook County, Illinois, which was assigned case number 2021-M2-002608.

2. A copy of the Complaint and Summons were received by Defendant on July 30, 2021. A copy of the Complaint and Summons is attached as Exhibit A. *See* 28 U.S.C. § 1446(a).

3. Plaintiff's Complaint seeks monetary damages for breach of contract as well as declaratory relief arising out of an insurance claim for damage to Plaintiff's property allegedly caused by hail on or about June 26, 2019.

## BASIS FOR FEDERAL JURISDICTION

4. This court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. *See* 28 U.S.C. § 1441.

1

5. Removal to the United States District Court for the Northern District of Illinois, Eastern Division, is proper because it is the district and division embracing the place where the removed action was pending. *See* 28 U.S.C § 1441(a).

## DIVERSITY OF CITIZENSHIP

6. Plaintiff, Aero M&P, LLC, is a limited liability company organized under the laws of Illinois. *See* Exhibit A at ¶ 1.

7. All members of Aero M&P, LLC, are at the time of removal and the time of filing the Complaint, citizens of the State of Illinois.

8. Defendant, AmGuard Insurance Company, is a Pennsylvania corporation with its principal place of business in Pennsylvania.

9. Because Aero M&P, LLC, and its members are citizens of the State of Illinois, and AmGuard Insurance Company is a citizen of the State of Pennsylvania, there is complete diversity of citizenship among the parties, which satisfies the requirements of 28 U.S.C. § 1332.

## AMOUNT IN CONTROVERSY

10. The Complaint seeks monetary damages of at least $572,359.98, which exceeds the sum required under 28 U.S.C. § 1332(a).

11. Defendant alleges that the amount in controversy, exclusive of interest and costs, exceeds $75,000. *See* 28 U.S.C. § 1446(c)(2).

12. Defendant denies that it is liable to Plaintiff for the amount claimed or for any amount.

## REMOVAL PROCEDURE

13. This Notice of Removal is timely because it was filed within thirty days after receipt by Defendant, through its agents for service of process, of Plaintiff's initial pleading on July 30, 2021. *See* 28 U.S.C. § 1446(b)(1).

14. Promptly after filing this Notice of Removal Defendant will provide written notice thereof to Plaintiff and will file a copy of the Notice with the clerk of the Circuit Court of Cook County, Illinois. *See* 28 U.S.C. §1446(d).

Wherefore, Defendant, AMGUARD INSURANCE COMPAY, hereby requests that this action now pending in the Circuit Court of Cook County, Illinois be removed to the United States District Court for the Northern District of Illinois.

Dated: August 27, 2021

Respectfully submitted,

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

 /s/ Collin M. Kent
Matthew S. Ponzi
Collin M. Kent
Foran Glennon Palandech Ponzi & Rudloff PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Tel: (312) 863-5000
Fax: (312) 863-5099
mponzi@fgppr.com
ckent@fgppr.com

*Counsel for Defendant*
*AmGuard Insurance Company*

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that the appended document and referenced attachments were filed with the Clerk for the Northern District of Illinois on August 27, 2021 and copies of same have been sent via email to the following attorney's of record:

**Counsel for Plaintiff**:
Raymond J. Melton
SMITHAMUNDSEN, LLC
308 W. State St., Suite 320
Rockford, IL 61101
rmelton@salawus.com

                                                                    */s/ Collin M. Kent*
                                                                      Collin M. Kent