**RECEIVED**

Berkshire Hathaway Guard

JUL 3 0 2021

FILED
7/28/2021 2:50 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

| | | |
|---|---|---|
| 2120 - Served | 2220 - Not Served | 2620 - Sec. of State |
| 2121 - Alias Served | 2221 - Alias Not Served | 2621 - Alias Sec. of State |
| 2320 - Service by Mail | | |
| Summons | | (03/17/21) CCM 0649 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### SECOND _____ MUNICIPAL DISTRICT, CIVIL DIVISION

Name All Parties

AERO M&P LLC

_____

Plaintiff(s)

v.

AMGUARD INSURANCE COMPANY

_____

Defendant(s)

16 S. RIVER STREET, WILKES-BARRE
LUZERNE, PA 18702

_____

Address of Defendants

Case No. 20212002608

Amount Claimed $ 572,359.98

Appearance Filing/Return Date 8/31/2021

Status Date: _____

Trial Date: _____

Time 9:00 ⊗ AM ○ PM

Room: 204

Please serve as follows:   ○ Certified Mail   ○ Sheriff Service   ○ Alias (Plaintiff select one)

### SUMMONS

To each Defendant:   AMGUARD INSURANCE COMPANY

YOU ARE SUMMONED and required:

1. To file your appearance.

2. File your answer to the complaint before 9:00 am as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on page 3 of this form.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

**FILING AN APPEARANCE:** Your appearance date is **NOT** a court date. It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE,** unless you are unable to eFile your appearance/answer. You can download an Appearance form at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

**Summons** (03/17/21) CCM 0649 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at HYPERLINK "http://www.cookcountyclerkofcourt.org" www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 21 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 21 days before the day for appearance.

## THERE IS A FEE TO FILE YOUR APPEARANCE

7/28/2021 2:50 PM IRIS Y. MARTINEZ

○ Atty. No.: 06270265

○ Pro Se 99500

Witness: _____

Name: RAYMOND J. MELTON

Atty. for (if applicable):

Iris Y. Martinez Clerk of the Court

PLAINTIFF

Date of Service: _____

(To be inserted by officer on copy left with Defendant or other person)

Address: 308 W STATE STREET, SUITE 320

City: ROCKFORD

State: IL   Zip: 61101

Telephone: (815) 904-8808

Primary Email: rmelton@salawus.com

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

Summons                                                                                    (03/17/21) CCM 0649 C

Any person wishing to sue or defend a case as an indigent must petition the court to have the fees, costs, and charges associated with the proceedings waived. The Application for Waiver of Court Fees can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/Fee_Waiver.asp.

Customers may visit www.cookcountyclerkofcourt.org to access the Clerk's filing fees or telephone the Civil Division at the local circuit clerk's courthouse.

## NOTICE TO PLAINTIFF

You MUST select a return day of:

Not less than 14 or more than 40 days after issuance of summons if amount claimed is $10,000 or less;
Not less than 40 or more than 61 after issuance of summons if amount claimed is in excess of $10,000.

## NOTICE TO DEFENDANT

1. If the complaint is notarized, your answer must be notarized.

For District 1 Cases Only:

2. On the specified Return Day, one of the following may occur:
   a. If you are sued for $10,000 or less, you need not file an answer unless ordered to do so by the Court.
      i. If Plaintiff is not present, the case may be dismissed for want of prosecution.
      ii. If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.
      iii. If you have filed an appearance and are present on Return Day, trial may be held that day, or may be set for another day certain.
   b. If you are sued for more than $10,000.00, and if you have filed your appearance on time, you must file your answer no later than 10 days after the appearance date (return date) specified on page 1 of this form. If you have not filed your appearance or answer on time, the Plaintiff may obtain an exparte default judgment against you for the amount claimed. If Plaintiff is not present for the Default call, the case may be dismissed for want of prosecution. If you filed your appearance and have not filed your answer on time the Plaintiff may motion the court to enter a judgment.
3. Late filing of an appearance or answer will not relieve you from a judgment or default order except by court order.

For District 2, 3, 4, 5, 6 Cases:

4. If you are sued for more than $10,000, you have 10 days from the Return Day to answer or otherwise plea.
5. On the specified Return Day, if you are sued for $10,000 or less, you need not file an answer unless ordered to do so by the Court.
6. On the specified Status/Trial Day, one of the following may occur:
   a. If Plaintiff is not present, the case may be dismissed for want of prosecution.
   b. If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an ex parte default judgment against you for the amount claimed.
   c. If you have filed an appearance and are present on Status/Trial Day, trial may be held that day, or may be set for another day certain.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
                         OR
                ChildSupCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:    (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:    (312) 603-6441

### ALL SUBURBAN CASE TYPES

### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:    (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:    (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:    (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:    (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:    (708) 232-4551

Hearing Date: 9/15/2023 9:00 AM - 9:00 AM
Courtroom Number: 0204
Location: District 2 Court
Cook County, IL

**12-Person Jury**
Case: 1:21-cv-04579 Document #: 1-1 Filed: 08/27/21 Page 5 of 40 PageID #:9

3046108-RJM

FILED
7/27/2021 1:48 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

## STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF COOK COUNTY
## MUNICIPAL DIVISION - SECOND MUNICIPAL DISTRICT

AERO M&P PROPERTIES LLC, an Illinois )
Limited Liability Company )
)
      Plaintiff, )
)
v. )    Case No.: 20212002608
)
AMGUARD INSURANCE COMPANY, )
)
      Defendant. )

## COMPLAINT

NOW COMES the plaintiff, Aero M&P Properties LLC, by and through its attorneys,

SmithAmundsen LLC, and for its complaint against the defendant, AmGuard Insurance Company,

hereinafter referred to as ("AmGuard"), states as follows:

### VENUE AND JURISDICTION

1. The plaintiff, Aero M&P Properties LLC, an Illinois limited liability company, ("Aero") is

a limited liability company with its headquarters and principle place of business located at 521

Santa Rosa Drive, Des Plaines, Illinois.

2. Based on information and belief the defendant, AmGuard Insurance Company is a

Berkshire Hathaway Guard Insurance Company and a wholly owned subsidiary of Westguard

Insurance Company with its principle place of business located at 39 Public Square, Wilks-Barre,

PA. and is organized within the State of Pennsylvania and maintains its principle place of business

in Pennsylvania, but does business in Illinois.

3. The court has personal jurisdiction over AmGuard as the operative facts giving rise to the complaint and real estate which is the subject of the transaction occurred and/or are located in Des Plaines, County of Cook, State of Illinois.

4. On or about June 25, 2021, the plaintiff filed this action in the United States Northern District of Illinois, Eastern Division.

5. On or about July 23, 2021, said action was dismissed for lack of subject matter jurisdiction..

### FACTUAL BACKGROUND

6. On or about November 1, 2019, Aero entered into a written insurance contract with AmGuard which was effective on November 1, 2019 through November 1, 2020, and included coverage for certain real property owned by Aero located at 521 Santa Rosa Drive, Des Plaines, Illinois, 60018. A copy of this written contract of insurance is attached hereto as Exhibit A.

7. Said real property which is located at 521 Santa Rosa Drive, Des Plaines, Illinois consists of a large building ("Building") which has a roof that measures approximately 43,631.64 square feet ("Roof").

8. On or about June 26, 2019, the Roof of the Building owned by Aero located at 521 Santa Rosa Drive, Des Plaines, Illinois sustained hail damage to its roof as a result of a hailstorm. The insurance contract entered into between AmGuard and Aero attached hereto as Exhibit A covers damage to the aforementioned building and lists hail as a specified cause of loss.

9. On or about February 26, 2020, the plaintiff submitted its proof of loss in the form of an estimate and on or about August 21, 2020 the defendant sent the plaintiff written correspondence that it was denying the claim.

10. On and prior to the hail event which caused severe damage to the Building's Roof owned by Aero on or about June 26, 2019, the Roof of the Building located at 521 Santa Rosa Drive, Des

2

Plaines, Illinois was in good repair and preventing significant amounts of moisture from intruding into the Roof's core and the interior of the Building.

## COUNT I
## BREACH OF CONTRACT

11. On, prior to and subsequent to June 26, 2019, Aero fulfilled all of its obligations with respect to its insurance contract attached as Exhibit A inclusive of the payment of all premiums to obtain coverage for hail damage that occurred to its property as a result of the June 26, 2019 hail storm.

12. As a result of the June 26, 2019 hail storm the Roof of the Building owned by Aero sustained severe damage including multiple frontal fractures to the Roof and Roof's membrane as a result of hail and the Roof and Roofing surface sustained additional damage which was caused as a direct result of the hail storm that occurred on June 26, 2019.

13. Subsequent to the June 26, 2019 hailstorm, the Roof of the Building owned by Aero described herein became saturated with water compromising the function and useful life of the roofing system a direct result and proximate cause of the hailstorm that occurred on or about June 26, 2019.

14. The contract entered between Aero and AmGuard attached hereto as Exhibit A states as follows:

> Section 1-A Property Coverage
> We will pay for direct physical loss or damage to cover property at the premises described in the declarations caused by or resulting from any covered loss. 1. Covered Property includes buildings as described under paragraph a below, business personal property as described under paragraph b below, or both depending on whether a limit of insurance is shown in the declarations for that type of property. Regardless of whether coverage is shown in the declaration for buildings, business personal property, or both there is no coverage for property described under paragraph 2. Property not covered.

3

15. AmGuard has breached its insurance contract attached hereto as Exhibit A with Aero as a result of the foregoing actions or omissions:

    a. Failed to determine the appropriate compensation for Aero's loss as the replacement value of the Roof;

    b. Failed to promptly and properly evaluate Aero's Roof;

    c. Failed to pay Aero the replacement value of its Roof when a direct physical loss occurred which was caused as a result of the hailstorm of June 26, 2019 and could not be repaired and warranted a replacement of the Roof with like-kind materials and any applicable code upgrades;

    d. Failed to compensate Aero pursuant to Exhibit A for the full replacement value of its Roof as a result of the direct physical loss and damage sustained to the property of Aero being the Roof of the Building as a result of the June 26, 2019 hailstorm event.

16. Even though Aero has fulfilled all of its obligations with respect to its insurance contract attached hereto as Exhibit A, AmGuard has refused to pay for or otherwise cover the loss to Aero's Roof to the extent the Roof of the Building owned by Aero warrants a full replacement as a result of the June 26, 2019 hail storm event.

17. In light of AmGuard's failure to properly authorize a replacement of Aero's existing Roof structure that was damaged by the June 26, 2019 hail storm, Aero has incurred and will continue to incur damages going into the future inclusive of an increased cost to replace the Roof as the underlying deck boards and Roof structure continue to deteriorate because AmGuard failed to properly authorize a replacement of Aero's Roof.

18. In addition to Aero's continuing and on-going damages Aero estimates that it will cost at least $572,359.98 to replace the existing Roof and roofing components of the Building.

19. Aero is ready, willing and able to employ a contractor to replace the existing Roof and related components upon authorization and agreement from the defendant for full replacement of the existing Roof and related materials.

4

WHEREFORE, the Plaintiff, Aero M&P Properties LLC, seeks judgment against the Defendant, AmGuard Insurance Company, in excess of $572,359.98 including reasonable attorney's fees and costs of suit.

**COUNT II**
**DECLARATORY RELIEF**

1. Plaintiff realleges and reincorporates by reference into this cause of action all allegations set forth in Paragraphs 1 through 20.

2. The court may declare rights, duties, statutes and other legal relations, regardless of whether future relief is or could be claimed.

3. An actual controversy has arisen between plaintiff and defendant as their respective rights under the plaintiff's insurance policy attached hereto as Exhibit A.

4. Resolution of the parties' respective rights under the insurance policy by declaration of the court is necessary, as there exists no adequate remedy at law.

5. Plaintiff alleged and contends with respect to the damage sustained to its Roofs on or about June 26, 2019 as a result of a hail storm that triggers coverage because (a) the hail storm was a covered event under the policy attached hereto as Exhibit A; (b) the hail storm caused damage to the Roofs which is required to be paid on a replacement cost basis under the policy; and (c) the plaintiff suffered a covered loss with respect to the damage and direct physical loss to its property in an amount to be determined at trial.

6. The plaintiff alleges and contends that the Buildings sustained property damage as alleged herein warranting a complete replacement of the Roofs due to the direct physical loss and physical damage to the Buildings and Buildings' Roofs.

7. The plaintiff alleges and contends that the defendant was wrongfully denied coverage with respect to all of the foregoing provisions of the policy as to the plaintiff.

8. Upon information and belief, plaintiff alleges that the defendant disputes and denies each of plaintiff's contentions set forth in this cause of action.

5

9. The plaintiff therefore seeks declaratory relief on behalf of itself regarding each contention contained in the complaint.

WHEREFORE, the plaintiff, Aero M&P Properties LLC, on behalf of itself prays for a judgment in its favor and against the defendant, AmGuard Insurance Company, as follows:

    a. For a declaration adopting each of plaintiff's contentions set forth in the above cause of action for declaratory relief;

    b. For injunctive relief enjoining and restraining defendant's unlawful and/or deceptive conduct as alleged herein, including but not limited to wrongful denials of coverage under the plaintiff's insurance policy;

    c. For specific performance of the insurance policy;

    d. For general compensatory damages in an amount to be determined at trial;

    e. For costs of suit;

    f. For prejudgment and post-judgment interest;

    g. For such other relief that this court deems proper.

Jury Trial Demand.

                Respectfully submitted,

                /s/ Raymond J. Melton
                Attorneys for Plaintiff,
                Aero M&P Properties LLC

Raymond J. Melton
SMITHAMUNDSEN, LLC
308 W. State St., Suite 320
Rockford, IL 61101
(815) 904-8808
(815) 904-8809 Fax
rmelton@salawus.com



**Berkshire Hathaway**
**GUARD** Insurance Companies
www.guard.com

EXHIBIT A

In cooperation with
**ACOSTA INSURANCE
GROUP INC**

**AERO M & P PROPERTIES**
**521 Santa Rosa Dr**
**Des Plaines, IL 60018**

# A Warm Welcome From Berkshire Hathaway GUARD And ACOSTA INSURANCE GROUP INC! Thanks For Selecting Us.

ACOSTA INSURANCE GROUP INC and Berkshire Hathaway GUARD Insurance Companies are pleased to have the opportunity to serve you by providing the quality products and attentive customer service you deserve. If you have a question about your Businessowner's Policy, our combined professional staff will be available to assist you.

**Contact Your Agent for:**
- Coverage changes and issues
- Policy features
- Endorsement issues

Phone:  773-701-5699
FAX:  773-249-1118
Available during regular business hours

**Contact Berkshire Hathaway GUARD Insurance Companies for:**
- Billing Inquiries
- Claims questions
- Loss control services.

Phone:  800-673-2465
FAX:  570-823-2059
E-mail:  csr@GUARD.com
Monday through Friday; 8:00 AM to 7:30 PM EST
(E-mail and voice mail after hours)

_To report a claim, call_ us at 888-NEW-CLMS — 24/7. The information below will be needed by you to complete this process. Specific instructions on reporting claims are included in the enclosed policy packet.

- Your **Policy Number** Is AEBP072547
- Your **Insurance Carrier** Is AmGUARD Insurance Company
- Your Policy **Effective Date** Is 11/01/2019

_To report fraud,_ contact our Fraud Investigative Unit at 800-673-2465.

**Use our Policyholder Service Center at www.guard.com** to quickly and easily:
- Make and track payments
- Secure Certificate of Insurances
- View important policy information.
- Check the status of a claim

We appreciate your business and look forward to the opportunity to serve your insurance needs. Please keep a copy of this letter with your Berkshire Hathaway GUARD Insurance Companies policy for future reference.

enclosed:  Businessowner's Policy # _AEBP072547_

HQ: IL/
BP
DECTO1

**Berkshire Hathaway GUARD**
**The Security You Need. The Name You Trust.**



**BUSINESSOWNER'S POLICY
DECLARATIONS**

**AmGUARD Insurance Company
A Stock Company**

Issued: 09/27/2019

| Policy No.:<br>AEBP072547 | Renewal of: AEBP906953 |
|---|---|

## POLICY INFORMATION PAGE

**[1]** **Named Insured and Mailing Address**
AERO M & P PROPERTIES
521 Santa Rosa Dr
Des Plaines, IL 60018

**[2]** **Agency**
ACOSTA INSURANCE GROUP INC
7437 W Irving Park Rd
Chicago, IL 60634

**[3]** **Policy Period**
From November 1, 2019 to November 1, 2020, 12:01 AM, standard time at the insured's mailing address.

**[4]** **Description of Business**
Nonresidential Property Managers

**[5]** **Coverage**
This policy consists of the Coverage Forms listed on the **Schedule of Forms and Endorsements (IIT SF 01 05)**.

**[6]** **Premium**
The premium shown below may be subject to adjustment.

| | |
|---|---|
| Certified Acts of Terrorism | $968.00 |
| TOTAL POLICY PREMIUM | $12,083.00 |
| TOTAL PAYABLE | $12,083.00 |

**[7]** **Payment of Premium**
In return for your payment of premium, and subject to all terms of this policy, we agree with you to provide insurance as stated in this policy.



Issued: 09/27/2019

Policy No.: AEBP072547                                    Effective Date: 11/01/2019

## SECTION I – PROPERTY COVERAGES AND LIMITS OF INSURANCE

**LOCATION: 001  BUILDING: 001**
521 Santa Rosa Dr
Des Plaines, IL 60018-2601
Cook County

Property Deductible: $5,000
Wind/Hail Deductible: 1%
Optional Coverages/Glass Deductible: $500
Classification: 50651 - Janitorial Supplies Distributors

COVERAGES:

Awnings Coverage
Limit ............................................................ $2,500
Building Coverage
Limit ............................................................ $3,562,132
Valuation                                               Replacement Cost
Inflation Guard % ......................................... 2
Business Personal Property Coverage
Limit ............................................................ $20,000
Seasonal Increase Percent                               25
Valuation ................................................... Replacement Cost
Liability
IMPORTANT NOTE                                          THIS COVERAGE IS RATED BASED ON
                                                        AN ESTIMATE AND IS SUBJECT TO
                                                        AUDIT
Limit                                                   Included
Accounts Receivable
On Premises Limit ......................................... $25,000
Off-Premises Limit                                      25,000
Debris Removal
Limit ............................................................ 25%/$10,000
Equipment Breakdown Coverage (HSB)
Inspection Contact Name ................................. Peter
Phone Number                                            773-895-0903
Mine Subsidence
Limit ............................................................ Refer to Form BP 10 53
Money and Securities
On Premises Limit ......................................... $5,000
Off Premises Limit                                      $5,000
Ordinance or Law
Coverage Type ............................................. Coverage 1, 2 & 3 Combined
Cvg 1 (Loss in Value of Undamaged Portion of Bldg) Limit    $3,562,132

IIT DS 01 05                                             Page 2 of 6

**BUSINESSOWNER'S POLICY
DECLARATIONS**

Issued: 09/27/2019

Policy No.: AEBP072547

Effective Date: 11/01/2019

| | |
|---|---|
| Cvg 2 (Demolition Cost) & Cvg 3 (Increased Cost of Construction) Limit | $50,000 |
| **Outdoor Property** | |
| Limit | $10,000 |
| **Outdoor Signs - Optional Coverage** | |
| Limit | $5,000 |
| **Valuable Papers and Records** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | |
| Covered Property Limit | $5,000 |
| Business Income and Extra Expense Limit | $5,000 |

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 09/27/2019

Policy No.: AEBP072547                    **Effective Date:** 11/01/2019

## SECTION II – LIABILITY COVERAGES AND LIMITS OF INSURANCE

**Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to Section II – Liability in the Businessowners Coverage form and any attached endorsements.**

| Coverage | Limits of Insurance |
|---|---|
| Liability and Medical Expenses - Each Occurrence | $1,000,000 |
| General Aggregate (Other than Products and Completed Operations) | $2,000,000 |
| Personal & Advertising Injury | Included |
| Products & Completed Operations Aggregate | $2,000,000 |
| Medical Expenses (Each Person) | $5,000 |
| Liability Property Damage Deductible | None |
| Liability Deductible - Bodily Injury | None |

**IIT DS 01 05**                                    **Page 4 of 6**

**BUSINESSOWNER'S POLICY
DECLARATIONS**

Issued: 09/27/2019

Policy No.: AEBP072547      Effective Date: 11/01/2019

## POLICY WIDE COVERAGES AND LIMITS OF INSURANCE

**Appurtenant Structures**

| | |
|---|---|
| Limit | $50,000 combined Building/BPP |

**Business Income & Extra Expense**

| | |
|---|---|
| Limit | Actual Loss Sustained up to 12 Months |

**Damage To Premises Rented To You**

| | |
|---|---|
| Limit | $50,000 |

**Data Compromise**

| | |
|---|---|
| Section 1 - Response Expenses | |
| Annual Aggregate Limit | $50,000 |
| Named Malware (Sec 1) Sublimit | $50,000 |
| Forensic IT and Legal Review Sublimit | $5,000 |
| PR Services Sublimit | $5,000 |
| Section 2 - Defense & Liability | |
| Annual Aggregate Limit | 50000 |
| Named Malware (Sec. 2) Sublimit | $50,000 |
| Response Expenses and Defense & Liability Deductible | $1,000 |

**Electronic Data**

| | |
|---|---|
| Limit | $10,000 |

**Employee Dishonesty**

| | |
|---|---|
| Limit | $10,000 |

**Fire Department Service Charge**

| | |
|---|---|
| Limit | $25,000 |

**Fire Extinguisher Systems Recharge Expense**

| | |
|---|---|
| Limit | $5,000 |

**Forgery or Alteration**

| | |
|---|---|
| Limit | $10,000 |

**Fungi, Wet Rot, Dry Rot & Bacteria (Mold)**

| | |
|---|---|
| Property Limit | $15,000 |
| Business Income/EE Number of Days | 30 |
| Liability Coverage Option | Exclude Coverage |

**Glass Expense**

| | |
|---|---|
| Limit | Actual Loss Sustained |

**Interruption of Computer Operations**

| | |
|---|---|
| Limit | $10,000 |

**Loss by Theft of furs, fur garments, garments trimmed with fur**

| | |
|---|---|
| Limit | $2,500 |

**Loss by Theft of jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals**

| | |
|---|---|
| Limit | $5,000 |

**Loss by Theft of patterns, dies, molds and forms**

| | |
|---|---|
| Limit | $2,500 |

**Money Orders and "Counterfeit Money"**

| | |
|---|---|
| Limit | $1,000 |

**Newly Acquired Or Constructed Property - Buildings**

| | |
|---|---|
| Limit | 25% of Building Limit/Not more than $500,000/Bldg |

**Newly Acquired Or Constructed Property - Business Personal Property**

| | |
|---|---|
| Limit | $250,000 |

**Personal Effects**

| | |
|---|---|
| Limit | $5,000 |

**Personal Property Off Premises**

| | |
|---|---|
| Limit | $10,000 |

**BUSINESSOWNER'S POLICY
DECLARATIONS**

Issued: 09/27/2019

Policy No.: AEBP072547                                    Effective Date:   11/01/2019

**Pollutant Clean Up and Removal**

| Limit | $10,000 |
|-------|---------|

**Preservation of Property**

| Limit | Within 30 Days |
|-------|----------------|

**Terrorism**

| Certified Acts | Include Coverage |
|----------------|------------------|

**BUSINESSOWNERS POLICY
DECLARATIONS**

Issued: 09/27/2019

Policy No.: AEBP072547     Effective Date: 11/01/2019

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Form Number | Title |
|---|---|
| BP WEL LET | Welcome Letter |
| IIT DS 01 05 | Businessowners Policy Declarations |
| BP 00 03 01 10 | Businessowners Coverage Form |
| BP IN 01 01 10 | Businessowners Coverage Form Index |
| END SCHD | Schedule Of Forms And Endorsements |
| IL 99 00 08 13 | Authorization and Attestation |
| IL N1 75 11 11 | Illinois Notice To Policyholders Regarding The Religious Freedom Protection and Civil Union Act |
| IL P 001 01 04 | U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice To Policyholder |
| PN IL 01 01 14 | Notice of Contact for Complaints |
| PN IL 02 01 14 | Illinois Mold Coverage Limitations |
| PRIV POL | Privacy Policy |
| BP 99 IL 01 18 | IL Policy Customizations |
| BP 01 54 01 18 | Illinois Changes |
| BP 06 43 04 06 | Illinois Changes - Defense Costs |
| BP 03 12 01 10 | Windstorm or Hail Percentage Deductibles |
| BP 04 12 04 17 | Limitation of Coverage to Designated Premises, Project or Operation |
| BP 04 17 01 10 | Employment - Related Practices Exclusion |
| BP 04 46 01 06 | Ordinance or Law Coverage |
| BP 05 01 07 02 | Calculation Of Premium |
| BP 05 15 01 15 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| BP 05 23 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| BP 05 38 01 15 | Exclusion Of Other Acts Of Terrorism Committed Outside The United States; Cap On Losses From Certified Acts Of Terrorism |
| BP 05 42 01 15 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |
| BP 10 50 03 12 | Mine Subsidence Non-Residential |
| BP 10 53 01 06 | Illinois Changes - Mine Subsidence Schedule |
| BP 99 04 01 10 | Equipment Breakdown Coverage |
| BP 99 188 06 16 | Deductible Endorsement - Property |
| BP 99 332 02 18 | Cannabis Exclusion |
| BP 99 60 03 12 | Water Back-up and Sump Overflow |
| BP 99 93 11 14 | Illinois Data Compromise Coverage |

AUTHORIZATION
AND ATTESTATION
IL 99 00 08 13

**THIS ENDORSEMENT AUTHORIZES THE POLICY.**

# AUTHORIZATION AND ATTESTATION

This endorsement authorizes the insurance contract between you and the insurance company subsidiary listed on the DECLARATIONS PAGE of your insurance policy.


In Witness Whereof, this page executes and fully attests to this policy. If required by state law, the policy shall not be valid unless countersigned by our authorized representatives.


Authorizing signatures

Michael J. Dulin
General Counsel and Secretary


Sy Foguel, ACAS, FILAA
Chief Executive Officer and President

IL N 175 11 11

# ILLINOIS NOTICE TO POLICYHOLDERS REGARDING THE RELIGIOUS FREEDOM PROTECTION AND CIVIL UNION ACT

Dear Policyholder:

This is to provide notice that, pursuant to Illinois Department of Insurance Company Bulletin 2011-06 (CB 2011-06), this policy is in compliance with the Illinois Religious Freedom Protection and Civil Union Act ("the Act", 750 ILL. COMP. STAT. 75/1). The Act, which became effective on June 1, 2011, creates a legal relationship between two persons of either the same or opposite sex who establish a civil union.

The Act provides that parties to a civil union are entitled to the same legal obligations, responsibilities, protections and benefits that are afforded or recognized by the law of Illinois to spouses, whether they are derived from statute, administrative rule, policy, common law or any source of civil or criminal law. In addition, this law requires recognition of a same-sex civil union, marriage, or other substantially similar legal relationship, except for common law marriage, legally entered into in other jurisdictions. The Act further provides that "party to a civil union" shall be included in any definition or use of the terms "spouse", "family", "immediate family", "dependent", "next of kin" and other terms descriptive of spousal relationships as those terms are used throughout the law. According to CB 2011-06, this includes the terms "marriage" or "married" or any variations thereof. CB 2011-06 also states that if policies of insurance provide coverage for children, the children of civil unions must also be provided coverage.

 © Insurance Services Office, Inc., 2011

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© ISO Properties, Inc., 2004

**ILLINOIS
POLICYHOLDER
NOTICE**

## Notice of Contact for Complaints

This notice is to advise you that, should any complaints arise regarding this insurance, you may contact us (your insurer) and the Illinois Department of Insurance.  Correspondence for us should be forwarded to the address listed below:

Berkshire Hathaway GUARD Insurance Companies
Attn: Complaint Log Administrator
39 Public Square
P.O. Box A-H
Wilkes-Barre, PA 18703-0020


Correspondence for the insurance department should be mailed to:

Illinois Department of Insurance
Consumer Division or Public Services Section
Springfield, IL 62767


If you have any questions about this notice, don't hesitate to contact one of our Customer Service Representatives at the following number: 800-673-2465

**ILLINOIS
POLICYHOLDER
NOTICE**

# Notice About Illinois Mold Coverage Limitations

Your Businessowner's Policy contains the following Mold exclusions and/or Limitations.

In the Property Coverage (Section I) of your Businessowner's policy, mold falls within the definition of Fungi, which is defined in Section I – PROPERTY, Paragraph H. Property Definitions, Paragraph 4. Included below.

*4. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.*

There is an exclusion for "Fungi" in Section I – Property, Paragraph B.1.i, which is included below.

*i. "Fungi", Wet Rot Or Dry Rot*

*Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.*

*But if "fungi", wet rot or dry rot result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".*

*This exclusion does not apply:*

*(1) When "fungi", wet rot or dry rot result from fire or lightning; or*

*(2) To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.*

There is limited coverage for "Fungi" in Section I – Property Paragraph A.5.r. which is included below.

*r. Limited Coverage For "Fungi", Wet Rot Or Dry Rot*

*(1) The coverage described in Paragraphs r.(2) and r.(6) only applies when the "fungi", wet rot or dry rot are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.*

*(2) We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:*

*(a) Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;*

*(b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and*

*(c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot are present.*

*(3) The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in*

---

ILLINOIS POLICYHOLDER NOTICE - Illinois Mold Coverage Limitations

"fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

(4) The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

(5) The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

(6) The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage.

(a) If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(b) If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

In the Liability Coverage (Section II) of your Businessowner's policy, mold falls within the definition of Fungi, which is included in endorsement IL Policy Customizations endorsement BP 99 IL 01 14 and is added to Section II – Liability, Paragraph F.23, which is included below.

23. "Fungi" means any type or form of fungus including mold or mildew and any mycotoxins, spores, scents, or by-products produced or released by fungi.

There is an exclusion for "Fungi" in Section II – Liability, which is included in endorsement IL Policy Customizations endorsement BP 99 IL 01 14 and is added to Section II – Liability, Paragraph B.1.v, which is included below.

v. Fungi Or Bacteria

(1) "Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

# Privacy Policy

We are committed to treating and using personal financial information about you and your employees responsibly. We will not disclose nonpublic, personal information about you and your employees to anyone except as permitted or required by law.

This disclosure is made on behalf of the following and applicable affiliates:

Berkshire Hathaway GUARD Insurance Companies

AmGUARD Insurance Company

We collect nonpublic, personal information from you about you and your employees to properly maintain and service your policy. This nonpublic, personal information may come from the following sources:

- Application Information and Other Forms. On the application for insurance or other forms completed by you, you provide us with most of the information we need to process policies and claims.

- Transaction Information. We may develop information about you and your employees based on transactions and experiences you have with us, our affiliates, or others.

- Third-Party Information. This is information that we receive to verify or supplement your application or claims.

**Disclosing Information**

In the course of conducting business and as permitted or required by law, we may share nonpublic personal information about you and your employees with our affiliated companies. We do not disclose any nonpublic, personal information about you and your employees to any nonaffiliated third parties, except for the conduct of our business or as permitted or required by law. Information may be supplied to others providing business services for us. Additionally, we may provide information for audit or research purposes or to law enforcement agencies to help us prevent fraud.

**Securing Information**

We restrict access to nonpublic personal information about you and your employees to our employees who need to know the information necessary to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with applicable regulations to guard the nonpublic, personal information of you and your employees.

A Current Copy of Our Privacy Policy is Always Available at our web site.

---

**BUSINESSOWNER'S**
**BP 99 IL 01 18**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# IL POLICY CUSTOMIZATIONS

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

The following is a summary of the coverages and limits provided by this endorsement. For complete details on specific coverages, see the applicable coverage wording. The limits of insurance stated in this endorsement apply unless higher limits are shown in the Declarations.

### SCHEDULE OF LIMIT CHANGES
#### Section I – Property

| Coverage | BP 00 03 Limit | Revised Limit |
|---|---|---|
| Accounts Receivable | $10,000 at premises<br>$5,000 not at premises | $25,000 at premises<br>$25,000 not at premises |
| Appurtenant Structures | n/a | $50,000 |
| Awnings | Included in Building Limit | $2,500 |
| Business Income Dependent Properties | | |
|     Within 1,000 feet of premises | Included in Dependent Properties | $2,500 |
| Civil Authority – Curfew | Included in Civil Authority | $5,000 |
| Employee Dishonesty | Optional | $10,000 |
| Fire Department Service Charge | $2,500 | $25,000 |
| Forgery Or Alteration | $2,500 | $10,000 |
| Loss or Damage by Theft | | |
|     Jewelry, Watches, etc. | $2,500 | $5,000 |
| Newly Acquired Or Constructed Property | | |
|     Buildings | $250,000 | 25% Buildings Limit/<br>$500,000 each Building |
|     Business Personal Property | $100,000 | $250,000 |
| Outdoor Property / any one tree, shrub or plant | $2,500 / $1,000 | $10,000 / $1,000 |
| Outdoor Signs | Optional | $5,000 all outdoor signs |
| Personal Effects | $2,500 | $5,000 |
| Premises Boundary Increased | 100 feet | 1,000 feet |
| Valuable Papers And Records | $10,000 at premises<br>$5,000 not at premises | $25,000 at premises<br>$25,000 not at premises |

#### Section II – Liability

| Coverage | BP 00 03 Limit | Revised Limit |
|---|---|---|
| Supplementary Payments - Cost Of Bail Bonds | $250 | $1,000 |

---

**BP 99 IL 01 18**    Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.    Page 1 of 7

**IL POLICY CUSTOMIZATIONS**

Supplementary Payments - Loss Of Earnings    $250        $500/day

Any reference in **Section I — Property** of the Business-owner's Coverage Form to within 100 feet of the described premises is amended to read within 1,000 feet of the described premises.

**Section I – Property, A.1., Covered Property** is amended as follows:

1. The following is added to Paragraph **a.**

   (7) Building Glass, meaning glass that is part of a building or structure.

**Section I – Property, A.4., Limitations** is amended as follows:

1. Paragraph **b.**(2) is deleted.

2. Paragraph **c.** is deleted and replaced with the following:

   **c.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

      (1) $2,500 for furs, fur garments and garments trimmed with fur.

      (2) $5,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $500 or less per item.

      (3) $2,500 for patterns, dies, molds and forms.

3. Paragraph **d.** is added:

   **d.** For loss or damage by any covered cause of loss, we will only pay up to $2,500 per occurrence for awnings.

**Section I – Property, A.5., Additional Coverages** is amended as follows:

1. Paragraph **c. Fire Department Service Charge** is replaced with the following:

   When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000, unless a different limit is shown in the Declarations, for your liability for fire department service charges:

      (1) Assumed by contract or agreement prior to loss; or

      (2) Required by local ordinance.

2. The following is added to Paragraph **i. – Civil Authority:**

The most we will pay for loss of Business Income or Extra Expense caused by a reduction in your normal hours of operation required to comply with an action of civil authority that imposes a curfew in the area in which the premises are located is $5,000.

3. Paragraph **k. - Forgery Or Alteration** - Paragraph **(4)** is replaced with the following:

   (4) The most we will pay for any loss, including legal expenses, under this Additional Coverage is $10,000, unless a higher Limit of Insurance is shown in the Declarations.

4. Paragraph **A.5.m. Business Income From Dependent Properties** in **Section I – Property** is amended as follows:

   **a.** Paragraph **(1)** is deleted and replaced with the following:

      (1) We will pay for the actual loss of Business Income you sustain due to a direct result of physical loss or damage at the premise of a dependent property caused by or resulting from any Covered Cause of Loss.

      However, this Additional Coverage does not apply to loss of Business Income incurred as a result of unfavorable business conditions or as a result of damage (other than damage at the premises of a dependent property) caused by the impact of the Covered Cause of Loss in the area where the dependent properties are located.

      However, this Additional Coverage does not apply when the only loss to dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

      The most we will pay under this Additional Coverage is $5,000 unless a higher Limit of Insurance is indicated in the Declarations.

   **b.** Paragraph **(4)** is deleted and replaced with the following:

      (4) Dependent property means property owned by others whom you depend on to:

IL POLICY CUSTOMIZATIONS

(a) Deliver materials or services to you, or to others for your account. But services does not mean water, communication or power supply services;

(b) Accept your products or services;

(c) Manufacture your products for delivery to your customers under contract for sale; or

(d) Attract customers to your business provided such property is located within 1,000 feet of the premises described in the Declarations or is the property of the lead tenant in a shopping center or shopping mall that includes such premises. The most we will pay under this paragraph (d) is $2,500.

The dependent property must be located in the coverage territory of this policy.

**Section I – Property, A.6., Coverage Extensions** is amended as follows:

1. The last paragraph in Paragraph **a. – Newly Acquired Or Constructed Property** under **(1) Buildings** is replaced with the following:

   The most we will pay in any one occurrence for loss or damage under this Extension is 25% of the Limit of Insurance for Buildings shown in the Declarations, but not more than $500,000 at each building.

2. The last paragraph in Paragraph **a. – Newly Acquired Or Constructed Property** under **(2) Business Personal Property** is replaced with the following:

   The most we will pay for loss or damage under this Extension is $250,000 at each building.

3. The last sentence in Paragraph **b. – Personal Property Off-premises** is amended as follows:

   The most we will pay for loss or damage under this Extension is $10,000, unless a higher Limit of Insurance for Personal Property Off-premises is shown in the Declarations.

4. Paragraph **c. - Outdoor Property** is replaced with the following:

   **c. Outdoor Property**
   You may extend the insurance provided by this policy to apply to your outdoor:

   (1) Fences, trees, shrubs and plants, including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:
   (a) Fire;
   (b) Lightning;
   (c) Explosion;
   (d) Riot or Civil Commotion; or
   (e) Aircraft.

   (2) Radio and television antennas (including satellite dishes), including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:
   (a) Fire;
   (b) Lightning;
   (c) Windstorm (unless there is an exclusion endorsement excluding Windstorm applicable to the location where this endorsement also applies);
   (d) Ice, Snow, Sleet or Hail (with respect to Hail, unless there is an exclusion endorsement excluding Hail applicable to the location where this endorsement also applies);
   (e) Explosion;
   (f) Riot or Civil Commotion; and
   (g) Aircraft.

   The most we will pay for loss or damage under this Extension is $10,000, unless a higher Limit of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

5. Paragraph **d. – Personal Effects** is replaced with the following:

   You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees. This extension does not apply to:
   (1) Tools or equipment; or
   (2) Loss or damage by theft.
   The most we will pay for loss or damage under this Extension is $5,000 at each described premises.

6. Paragraph **e. – Valuable Papers And Records** Paragraph **(3)** is replaced with the following:

   (3) The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $25,000, unless

**IL POLICY CUSTOMIZATIONS**

a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $25,000.

7. Paragraph **f. – Accounts Receivable** Paragraph **(2)** is replaced with the following:

   (2) The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $25,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

   For accounts receivable not at the described premises, the most we will pay is $25,000.

8. Paragraph **f. – Accounts Receivable** Paragraph **(3)** is replaced with the following:

   (3) Paragraph **B. Exclusions** in **Section I – Property** does not apply to this Coverage Extension except for:
   (a) Paragraph **B.1.c. Governmental Action**;
   (b) Paragraph **B.1.d. Nuclear Hazard**;
   (c) Paragraph **B.1.f. War And Military Action**;
   (d) Paragraph **B.2.f. Dishonesty**;
   (e) Paragraph **B.2.g. False Pretense**;
   (f) Paragraph **B.2.o. Electrical Disturbance**
   (g) Paragraph **B.3.**; and
   (h) Paragraph **B.6. Accounts Receivable Exclusion.**

9. Paragraph **g. – Appurtenant Structures** is added:

   g. **Appurtenant Structures**

   (1) When there is a Building Limit of Insurance shown in the Declarations at the described premises, you may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage caused by or resulting from a Covered Cause of Loss to incidental appurtenant structures within 1,000 feet of the described premises.

   (2) When there is a Business Personal Property Limit of Insurance shown in the Declarations at the described premises, you may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage caused by or resulting from a Covered Cause of Loss

to Business Personal Property within incidental appurtenant structures within 1,000 feet of the described premises.

   (3) Incidental appurtenant structures include storage buildings, carports, garages and similar structures which have not been specifically described in the Declarations.

   The most we will pay for loss or damage under this Coverage Extension in any one occurrence for any combination of loss or damage to Building and Business Personal Property is $50,000.

**Section I – Property, B. Exclusions 2.** is amended as follows:

1. Paragraph **q. Asbestos** is added:

   q. **Asbestos**
   Any loss, damage or expense which would not have occurred in whole or in part but for the presence of asbestos.

**Section I – Property, G. Optional Coverages** is amended as follows:

1. Paragraph 1. **Outdoor Signs** Paragraph d. is replaced with the following:

   The most we will pay for loss of or damage in any one occurrence is $5,000, unless a higher Limit of Insurance for Outdoor Signs is shown in the Declarations.

2. Paragraph 3. – **Employee Dishonesty** Paragraph c. is replaced with the following:

   The most we will pay for loss or damage in any one occurrence is $10,000, unless a higher Limit of Insurance for Employee Dishonesty is shown in the Declarations.

**Section II – Liability, A. Coverages** is amended as follows:

1. Under **Business Liability** Paragraph f., **Coverage Extension – Supplementary Payments**, Paragraph (1), sections (b), (c) and (d) are replaced with the following:

   (b) Up to $1,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.
   (c) The cost of appeal bonds or bonds to release attachments, but only for bond

**IL POLICY CUSTOMIZATIONS**

amounts within our Limit of Insurance. We do not have to furnish these bonds.

(d) All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**Section II – Liability, B. Exclusions** is amended as follows:

1. Under **1.**, **Applicable To Business Liability Coverage**, Paragraph **a.**, **Expected Or Intended Injury** is deleted and replaced with the following:

   a. **Expected Or Intended Injury**
   "Bodily injury" or "property damage" (including any unexpected or unintended portion thereof) if any "bodily injury" or "property damage" was expected or intended from the standpoint of any insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

2. Under **1.**, **Applicable To Business Liability Coverage**, Paragraph **j.**, **Professional Services (8)** and **(9)** are amended and **(10)** is added as follows:

   (8) Any body piercing services (not including ear lobe piercing), tattooing and similar services;
   (9) Services in the practice of pharmacy; and
   (10) Computer or software design, advice or consultation, programming services including virus protection, firewall or web site design.

3. Under **1.**, **Applicable To Business Liability Coverage**, Paragraph **k.**, **Damage To Property**, the following is added to the last paragraph:

   Paragraphs **(3)** and **(4)** of this exclusion do not apply to "property damage" to borrowed equipment while not being used to perform operations at a job site.

4. Under **1.**, **Applicable To Business Liability Coverage**, Paragraph **m.**, **Damage To Your Work**, the following is deleted:

   This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

5. Under **1.**, **Applicable To Business Liability Coverage**, Paragraph **p. Personal And Advertising Injury**, Paragraph **(1)** is deleted and replaced with the following:

   (1) Caused by or at the direction of or with the consent or acquiescence of any insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

6. Under **1.**, **Applicable To Business Liability Coverage**, Paragraph **p.**, **Personal and Advertising Injury**, the following is added:

   (14) Arising out of:
      (a) Your placement of advertising for others on your web site or a link to or a reference to a web site or web address of others on your web site.
      (b) Your placement of content or company brand or product information from others on your web site or on any frame or border within your web site.
      (c) Software or programming related to your web site's design, appearance or functions.

   (15) Arising out of discrimination, harassment or humiliation by an officer, director, member or partner of the insured.

   (16) Arising out of representations made by you or your agents regarding the value or suitability of any securities, or the fluctuation in value or price of any stocks, bonds or other securities.

   (17) Violation of antitrust laws, state and federal laws governing restrictions on trade, unfair competition or deceptive advertising.

7. Under **1.**, **Applicable To Business Liability Coverage**, Paragraph **r. Criminal Acts** is deleted and replaced with the following:

   r. **Criminal Acts**
   "Bodily injury", "property damage", or "personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

8. Under **1.**, **Applicable To Business Liability Coverage**, Paragraphs **t.**, **u.** and **v.** are added as follows:

   t. **Asbestos**

**IL POLICY CUSTOMIZATIONS**

(1) "Bodily injury", "property damage" or "personal and advertising injury" arising out of an exposure or threat of exposure to the actual or alleged properties of asbestos and includes the mere presence of asbestos in any form.

(2) Any damages, judgments, settlements, loss, costs or expenses that:

    (a) May be awarded or incurred by reason of any claim or "suit" alleging actual or threatened injury or damage of any nature or kind to persons or property which would not have occurred in whole or in part but for the presence of asbestos;

    (b) Arise out of any request, demand, order to statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, encapsulate, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of an asbestos presence; or

    (c) Arise out of any claim or suit for damages because of testing for, monitoring, cleaning up, removing, encapsulating, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effect of an asbestos presence.

**u. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused. But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**v. Fungi Or Bacteria**

(1) "Bodily Injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way re-

sponding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**Section II – Liability, D, Liability And Medical Expenses Limits Of Insurance** is amended as follows:

1. Paragraph 2. is replaced with the following:

    2. The most we will pay for the sum of all damages because of all:

      a. "Bodily injury", "property damage" and medical expenses, arising out of any one "occurrence" including "Bodily injury" and "property damage" under the "products-completed operations hazard"; and

      b. "Personal and advertising injury" sustained by any one person or organization;

    is the Liability and Medical Expenses – Each Occurrence limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

2. Paragraph 4. is replaced with the following:

    4. **Aggregate Limits**

    Regardless of the number of occurrences and subject to the Liability and Medical Expenses-Each Occurrence limit, the most we will pay for:

    a. All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses-Each Occurrence limit. This limit is shown in the declarations as "Products and Completed Operations Aggregate".

    b. All:

      (1) "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

      (2) Plus medical expenses;

      (3) Plus all "personal and advertising injury" caused by offenses committed;

**IL POLICY CUSTOMIZATIONS**

is twice the Liability and Medical Expenses-Each Occurrence limit shown in the Declarations. This limit is shown in the declarations as "General Aggregate (other than Products and Completed Operations Aggregate)".

Subject to Paragraph a. or b. above, whichever applies, the Damage To Premises Rented To You Limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner.

The Limits of Insurance of Section II – Liability apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**Section II – Liability, E. Liability And Medical Expense General Conditions** is amended as follows:

1. Under **2., Duties In The Event Of Occurrence, Offense, Claim Or Suit,** Paragraphs **e.** and **f.** are added as follows:

   **e.** If we cover a claim or "suit" under this coverage that may also be covered by other insurance available to an additional insured, such insurance if any, shall be primary, and such additional insured must submit such claim or suit to the other insurer for defense and indemnity.

   **f.** Paragraphs **a.** and **b.** apply to you or to any additional insured only when such "occurrence," offense, claim or suit is known to you or any additional insured or your or any additional insured's partner, limited liability company manager, executive officer, trustee or political official if you or any additional insured is a political subdivision or agency. This Paragraph **f.** applies separately to you and any additional insured.

2. Paragraph **5. Representations** is added as follows:

   **5. Representations**
   When You Accept This Policy
   By accepting this policy, you agree:
   **a.** The statements in the Declaration are accurate and complete;
   **b.** Those statements are based upon representations you made to us; and
   **c.** We have issued this policy in reliance upon your representations.

**Section II – Liability, F. Liability And Medical Expense Definitions** is amended as below:

1. Paragraph **23.** is added as below:

   **23.** "Fungi" means any type or form of fungus including mold or mildew and any mycotoxins, spores, scents, or by-products produced or released by fungi.

**BUSINESSOWNERS**
**BP 01 54 01 18**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
INFORMATION SECURITY PROTECTION ENDORSEMENT

**A.** The following is added to the Businessowners Coverage Form:

1. If this Policy covers the following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

   **a.** Real property used principally for residential purposes up to and including a four family dwelling; or

   **b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

2. The second paragraph of Paragraph **E.2. Appraisal** Property Loss Condition in **Section I – Property** is replaced by the following:

   **a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

   **b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

      **(1)** You demanded the appraisal; and

      **(2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

3. Paragraph **C. Concealment, Misrepresentation Or Fraud** in **Section III – Common Policy Conditions** is replaced by the following:

   **C. Concealment, Misrepresentation Or Fraud**

   1. This Policy is void if you or any insured commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the Policy or endorsement or in the written application for this Policy and:

      **a.** Was made with actual intent to deceive; or

      **b.** Materially affected either our decision to provide this insurance or the hazard we assumed.

      However, this condition will not serve as a reason to void this Policy after the Policy has been in effect for one year or one policy term, whichever is less.

   2. We do not provide coverage under this Policy to you or any other insured who, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

      **a.** This Policy;

      **b.** The Covered Property;

      **c.** Your interest in the Covered Property; or

      **d.** A claim under this Policy.

   3. Notwithstanding the limitations stated in **C.1.** above, we may cancel this Policy in accordance with the terms of Paragraph **A.** Cancellation in Section III – Common Policy Conditions.

**B. Section I – Property** is amended as follows:

1. Paragraph **B.2.a. Electrical Apparatus** is replaced by the following:

   **a. Electrical Apparatus**

   Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

   But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

   We will pay for loss or damage to "computer(s)" due to artificially generated electrical current if such loss or damage is caused by or results from:

   **(1)** An occurrence that took place within 100 feet of the described premises; or

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

**2.** The following exclusion is added to Paragraph **B.2. Exclusions:**

**a.** We will not pay for loss or damage arising out of any act committed:

**(1)** By or at the direction of any insured; and

**(2)** With the intent to cause a loss.

**b.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

**(1)** The loss arose out of a pattern of criminal domestic violence; and

**(2)** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**c.** If we pay a claim pursuant to Paragraph **B.2.b.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**3.** The following is added to Paragraph **E.4. Legal Action Against Us** Property Loss Condition:

The two-year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C. Section II – Liability** is amended as follows:

The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**D. Section III – Common Policy Conditions** is amended as follows:

**1.** The Paragraph **A. Cancellation** Common Policy Condition is replaced by the following:

**A. Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this Policy by mailing to us advance written notice of cancellation.

**2.** If this Policy has been in effect for 60 days or less, except as provided in Paragraphs **8.** and **9.** below, we may cancel this Policy by mailing written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** If this Policy has been in effect for more than 60 days, except as provided in Paragraphs **8.** and **9.** below, we may cancel this Policy only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** The Policy was obtained through a material misrepresentation;

**c.** You have violated any of the terms and conditions of the Policy;

**d.** The risk originally accepted has measurably increased;

**e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

**f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the insurance laws of this State.

If we cancel this Policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**4.** We will mail our notice to you, together with our reason for cancellation, at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

© Insurance Services Office, Inc., 2017 BP 01 54 01 18

5. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the mortgagee or lienholder listed on the Policy.

6. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

7. If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

8. **Real Property Other Than Residential Properties Occupied By Four Families Or Less**

   The following applies only if this Policy covers real property other than residential property occupied by four families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this Policy, we may cancel this Policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

   a. After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

   b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

      (1) Seasonal unoccupancy; or

      (2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

   c. The building has:

      (1) An outstanding order to vacate;

      (2) An outstanding demolition order; or

      (3) Been declared unsafe in accordance with the law.

   d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The Policy will terminate 10 days following receipt of the written notice by the Named Insured(s).

9. **Residential Properties Occupied By Four Families Or Less**

   The following applies if this Policy covers residential properties occupied by four families or less:

   If this Policy has been in effect for 60 days, or if this is a renewal policy, we may cancel this Policy for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The Policy was obtained by misrepresentation or fraud; or

   c. Any act that measurably increases the risk originally accepted.

   If we cancel this Policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

2. Paragraph **H.1. Other Insurance** is replaced by the following:

   H. **Other Insurance**

   1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Form. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Form bears to the Limits of Insurance of all insurance covering on the same basis.

   2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of Section I – Property.

3. The following paragraph is added to the **Common Policy Conditions:**

**M. Nonrenewal**

1. If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal. Proof of mailing will be sufficient proof of notice.

2. Except as provided in Paragraph **6.** below, we will mail you notice of nonrenewal at least 60 days before the end of the policy period.

3. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

4. If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

5. The following provision applies to policies other than those described in Paragraph **6.**:

    Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and the mortgagee or lienholder listed on the Policy.

6. The following provision applies only if this Policy covers residential properties occupied by four families or less:

    a. If this Policy has been issued to you and in effect with us for five or more years, we may not fail to renew this Policy unless:

    (1) The Policy was obtained by misrepresentation or fraud and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above;

    (2) The risk originally accepted has measurably increased and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above; or

    (3) You received 60 days' notice of our intent not to renew as provided in **1.** above.

    b. If this Policy has been issued to you and in effect with us for less than five years, we may not fail to renew this Policy unless you received 30 days' notice as provided in **1.** above.

    c. Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and to the last known mortgagee or lienholder.

    d. The nonrenewal shall not become effective until at least 30 days from the proof of mailing date of the notice to you.

E. The following changes apply only to Information Security Protection Endorsement **BP 15 07** if it is attached to this Policy:

1. Paragraph **(2)** of Insuring Agreement **d. Security Breach Liability** is replaced by the following:

    (2) We will pay for "defense expenses" as a result of a "claim" in the form of a "regulatory proceeding" first made against the insured during the "policy period" or during the applicable Extended Reporting Period, in response to a "wrongful act" or a series of "interrelated wrongful acts" covered under Paragraph **d.(1).**

2. The following is added to the **Defense And Settlement** Provision under Paragraph **E.**:

3. If we initially defend an insured or pay for an insured's defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

    The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

3. The following is added to Exclusion **m.** under Paragraph **I.**:

    However, Paragraphs **(1)**, **(2)** and **(3)** shall not apply to loss resulting from a "hostile fire" if, and to the extent, loss resulting from any "claim" is based upon, attributable to or arising out of heat, smoke or fumes.

 © Insurance Services Office, Inc., 2017

4. Paragraph **2. Supplemental Extended Reporting Period** under Paragraph **N. Extended Reporting Periods** is replaced by the following:

**2. Supplemental Extended Reporting Period**

a. You will have the right to purchase a Supplemental Extended Reporting Period from us if:

(1) This Endorsement is cancelled or nonrenewed for any reason; or

(2) We renew or replace this Endorsement with insurance that:

(a) Has a Retroactive Date later than the date shown in the Schedule of this Endorsement for either Insuring Agreement **d. Security Breach Liability** or **g. Web Site Publishing Liability.** However, the Supplemental Extended Reporting Period will only be provided for the insuring agreement for which our renewal or replacement endorsement has a Retroactive Date later than the date shown in the Schedule of this Endorsement; or

(b) Does not apply to "wrongful acts" on a claims-made basis for either Insuring Agreement **d. Security Breach Liability** or **g. Web Site Publishing Liability.** However, the Supplemental Extended Reporting Period will only be provided for the insuring agreement for which our renewal or replacement endorsement does not apply to "wrongful acts" on a claims-made basis.

b. A Supplemental Extended Reporting Period, as specified in Paragraph **a.,** lasts one year and is available only for an additional premium.

c. The Supplemental Extended Reporting Period starts with the end of the Basic Extended Reporting Period set forth in Paragraph **1.** It does not extend the "policy period" or change the scope of the coverage provided. It applies only to "claims" to which the following applies:

(1) The "claim" is first made and reported to us during the Supplemental Extended Reporting Period; and

(2) The "claim" arose out of either a "wrongful act" or the first of a series of "interrelated wrongful acts" which occurred on or after the Retroactive Date, if any, shown in the Schedule and before the end of the "policy period".

d. You must give us a written request for the Supplemental Extended Reporting Period within 30 days after the end of the "policy period" or the effective date of cancellation, whichever comes first.

e. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium in full within 30 days of tendering your request for the Supplemental Extended Reporting Period to us. Once in effect, the Supplemental Extended Reporting Period may not be cancelled.

f. We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

(1) The exposures insured;

(2) Previous types and amounts of insurance;

(3) Limit of Insurance available under this Endorsement for future payment of damages; and

(4) Other related factors.

The additional premium may not exceed 200% of the annual premium for this Endorsement. The premium for the Supplemental Extended Reporting Period will be deemed fully earned as of the date it is purchased.

5. Paragraph **H. Other Insurance** under Paragraph **O.** is replaced by the following:

**H. Other Insurance**

If any "loss" resulting from any "claim" is insured by any other valid policy, we shall not be liable under this Endorsement for a greater proportion of such "loss" than the Information Security Protection Aggregate Limit Of Insurance stated in the Schedule bears to the total applicable limit of liability of all valid and collectible insurance against such "loss", unless such other insurance is purchased specifically to apply in excess of the Information Security Protection Aggregate Limit Of Insurance stated in the Schedule of this Endorsement.

6. The definition of "defense expenses" in Paragraph **V**. is replaced by the following:

   5. "Defense expenses" means payments allocated to a specific "claim" we investigate, settle or defend, for its investigation, settlement or defense, including:

      a. Fees and salaries of attorneys and paralegals we retain.

      b. Fees of attorneys an insured retains when, by our mutual agreement or court order (or when required by administrative hearing or proceeding), an insured is given the right to retain defense counsel to defend against a "claim".

      c. All other litigation or administrative hearing expenses, including fees or expenses of expert witnesses hired either by us or by the defense attorney retained by an insured.

      d. Reasonable expenses incurred by an insured at our request to assist us in the investigation or defense of the "claim", including actual loss of earnings up to $250 a day because of time off from work.

      e. Costs taxed against an insured in the "suit".

"Defense expenses" does not include salaries and expenses of our "employees" or an insured's "employees" (other than those described in Paragraph **d**. above).

7. Paragraph **d**. of the definition of "loss" in Paragraph **V**. is replaced by the following:

   d. With respect to Insuring Agreements **d**. Security Breach Liability and **g**. Web Site Publishing Liability:

      Compensatory damages, settlement amounts and costs awarded pursuant to judgments or settlements.

      "Loss" does not include:

      (1) Civil or criminal fines or penalties imposed by law;

      (2) Punitive or exemplary damages;

      (3) The multiplied portion of multiplied damages;

      (4) Taxes;

      (5) Royalties;

      (6) The amount of any disgorged profits; or

      (7) Matters that are uninsurable pursuant to law.

© Insurance Services Office, Inc., 2017   BP 01 54 01 18

**BUSINESSOWNERS**
**BP 06 43 04 06**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added to **Section II – Liability** Paragraph **A. Coverages:**

If we initially defend an insured or pay for an insured's defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

© ISO Properties, Inc., 2005

POLICY NUMBER: AEBP072547

BUSINESSOWNERS
BP 03 12 01 10

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| Premises Number | Windstorm Or Hail Deductible Percentage (Enter 1%, 2% Or 5%) |
|---|---|
| Location 001, Building 001 | 1% |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

The following provisions apply to **Section I – Property:**

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

With respect to Covered Property at a premises identified in the Schedule, no other deductible applies to Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

**WINDSTORM OR HAIL DEDUCTIBLE CALCULATION**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage. This Deductible is calculated separately for, and applies separately to:

1. Each building that sustains loss or damage;

2. The personal property at each building at which there is loss or damage to personal property;

3. Personal property in the open.

If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

We will not pay for loss or damage until the amount of loss or damage exceeds the Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit(s) of Insurance.

When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at the time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**EXAMPLE – APPLICATION OF DEDUCTIBLE**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (personal property in building).

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property.

The Deductible is 2%.

**BUILDING**

Step **(1)**: $80,000 X 2% = $1,600

Step **(2)**: $60,000 – $1,600 = $58,400

© Insurance Services Office, Inc., 2009
☐