# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Aero MP LLC

                        Plaintiff,

v.                                                                Case No.: 1:21−cv−04579
                                                              Honorable Robert W. Gettleman

AmGuard Insurance Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 8, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing called on 11/8/2022. No parties appeared on the hearing. The parties had previously communicated to the court that the parties were settling this matter. This case is dismissed without prejudice. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.